# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TADEUSZ NIEMYJSKI,**

    **Plaintiff,**

**v.**                                                                      **No. 1:18 - cv -1106**

**CITY OF ALBUQUERQUE, ALBUQUERQUE
POLICE, PARK MANAGEMENT, MAYOR R. J. BERRY,
TIMOTHY M. KELLER, ALLEN ARMIJO, and
ALL CITY COUNSEL,**

    **Defendants.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendants City of Albuquerque, administrative agency and non-suable entity Albuquerque Police, administrative agency and non-suable entity Park Management, [former] Mayor R. J. Berry, Mayor Timothy Keller, Alan Armijo, and All City Council ("Defendants") hereby give Notice of Removal to this Court of the civil action originally filed on October 16, 2018, in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Case No. D-202-CV-2018-7522, and as grounds therefore state:

1.      An "Amend [sic] Civil Complaint" (hereinafter "Complaint") was filed with the Second Judicial District Court of New Mexico on October 26, 2018. A copy of the complaint is attached hereto as Exhibit A.

2.      According to the Summons Return filed by Plaintiff, Defendant City of Albuquerque was served with a summons and copy of the Complaint on November 16, 2018.[1]

---

[1] On or about October 30, 2018, the Albuquerque City Clerk's Office received a summons and copy of the Complaint addressed to "City of Albuquerque."

1

3.      According to the Summons Return filed by Plaintiff, Administrative agency and non-suable entity Defendant Albuquerque Police was served with a summons and copy of the Complaint on November 16, 2018.[2]

4.      According to the Summons Return filed by Plaintiff, administrative agency and non-suable entity Defendant Park Management was served with a summons and copy of the Complaint on November 16, 2018.[3]

5.      According to the Summons Return filed by Plaintiff, Defendant former Mayor R. J. Berry was served with a summons and a copy of the Complaint by mail pursuant to Rule 1-004 NMRA (2018) on November 16, 2018. However, Defendant former Mayor R. J. Berry has not received a summons nor a copy of the Complaint.    Undersigned counsel has been authorized by Defendant Alan Armijo to waive the requirement of personal service and to accept service on behalf of Defendant Alan Armijo on November 28, 2018.

6.      According to the Summons Return filed by Plaintiff, Defendant Mayor Timothy Keller was served with a summons and copy of the Complaint on or about October 29, 2018.

7.      According to the Summons Return filed by Plaintiff, a summons and copy of the Complaint was delivered to Defendant Allen[sic] Armijo "—City employe [sic] refuses to accept the summons and complaint" on November 16, 2018. A summons and copy of the Complaint was not delivered to Defendant Alan Armijo personally nor was process left where he has been found, thus Defendant Alan Armijo has not yet been properly served

---

[2] On or about October 30, 2018, the Albuquerque City Clerk's Office received a summons and copy of the Complaint addressed to "Albuquerque Police."

[3] On or about October 30, 2018, the Albuquerque City Clerk's Office received a summons and copy of the Complaint addressed to "Park Management."

pursuant to Rule 1-004(F) NMRA (2018). Undersigned counsel has been authorized by Defendant Alan Armijo to waive the requirement of personal service and to accept service on behalf of Defendant Alan Armijo on November 28, 2018.

8. Defendant "All City Council" has not yet been served with a summons and copy of the Complaint. According to the Summons Returns filed by Plaintiff, on November 16, 2018, a summons and copy of the Complaint was served to Trina Gurule, an agent authorized to receive service of process for Diane Gibson, Don Harris, Patrick Davis, Trudy Jones, Klarissa Pena, Brad Winter, Cynthia Borrego, Isaack Benton, and Ken Sanchez. [4]

9. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days of the service of the summons and Complaint upon Defendant Mayor Timothy Keller and within thirty (30) days from service of process upon all remaining Defendants.

10. Defendants City of Albuquerque, administrative agency and non-suable entity Albuquerque Police, administrative agency non-suable entity Park Management, [former] Mayor R. J. Berry, Mayor Timothy Keller, Alan Armijo, and all City Counsel, by and through their counsel, Assistant City Attorney Jessica L. Nixon, consent to the removal of this case from the Second Judicial District Court of New Mexico to the United States District Court for the District of New Mexico. A Notice of Consent to Removal on behalf of Defendants City of Albuquerque, administrative agency and non-suable entity Albuquerque Police, administrative agency and non-suable entity Park Management, [former] Mayor R. J. Berry, Mayor Timothy Keller, Alan Armijo, and all City Council will be filed in this action.

---

[4] On or about October 30, 2018 Albuquerque City Clerk's Office received a summons and copy of the Complaint addressed to each: City Councilor Diane G. Gibson; City Council [sic] Klarissa J. Pena; City Councel [sic] Patrick Davis; City Councel [sic] Issak [sic] Benton; City Councilor Don Harris; City Councel [sic] Ken Sanchez; City Councel [sic] Cynthia B. Borrego; City Councel [sic] Brad Winter; and City Coucler [sic] Trudy E. Jones.

3

11.     Pursuant to 28 U.S.C. §1446(d), copies of the Notice of Removal will be promptly given to the adverse party and a copy of the Notice of Removal will be filed with the Clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

12.     Claims stated against the Defendants in this case are subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 and 1343(a) as follows:

a.     This Court has original jurisdiction because the Complaint is founded on a claim or right arising under the United States Constitution and the laws of the United States. *See* Exhibit A.

b.     An actual controversy exists because the Complaint alleges that the Defendants City of Albuquerque, Albuquerque Police, Park Management, Mayor R. J. Berry, Timothy Keller, Alan Armijo, and all City Council of Albuquerque deprived Plaintiff Tadeusz Niemyjski of his constitutional rights under the United States Constitution. *Id.*

Respectfully Submitted

CITY OF ALBUQUERQUE
Esteban A, Aguilar Jr., City Attorney

*/s/ Jessica L. Nixon*
Jessica L. Nixon
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico  87103
(505) 768-4500
*Attorney for Defendants*

4

It is hereby certified that on this the 28th day of
November 2018 a true and correct copy
of the foregoing document was filed via the Court's
CM/ECF system and on the 29th day of November
mailed via U.S. Certified Mail to the following:

Tadeusz Niemyjski
PO Box 27344
Albuquerque, NM 87125
(505) 659-3031
*Pro-Se Plaintiff*

/s/ *Jessica L. Nixon*
Assistant City Attorney